# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

PATRICE D. BOONE,

    Plaintiff,

UNITED STATES OF AMERICA, CURT R. HANSEN, STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES, and COMPCARE HEALTH SERVICES INSURANCE CORPORATION d/b/a ANTHEM BLUE CROSS BLUE SHIELD,

    Defendants.

Case Number:

## CIVIL COMPLAINT

**NOW COMES** the Plaintiff, Patrice D. Boone, by and through her attorneys, Hupy and Abraham, S.C., by Attorney Todd R. Korb, and as for her Complaint against the Defendant, alleges and shows to the Court as follows:

### JURISDICTION AND VENUE

1. That this is a civil action or claim against the United States of America arising out of the Federal Tort Claims Act, 28 U.S. Code § 2674, and therefore this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1346.

2. That the Plaintiff submitted proper notice and proof of her claim for injuries and damages to the United States Department of Homeland Security on February 21, 2025; that the United States Department of Homeland Security acknowledged this notice and proof of claim as received on March 4, 2025; that the United States Department of Homeland Security denied the Plaintiff's claim on September 10, 2025; and that therefore the Plaintiff has exhausted her administrative remedies pursuant to 28 U.S.C. § 2401 and Fed. R. Civ. P. 9(c).

3. That the events causing the Plaintiff's injuries took place in the City and County of Milwaukee, Wisconsin, and therefore venue is proper in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391(b)(2) and 32 C.F.R. § 750.32.

**PARTIES**

4. That the Plaintiff, Patrice D. Boone, is an adult resident of the City and County of Milwaukee, Wisconsin, currently residing at 8877C North Swan Road, Zip Code 53224.

5. That the Defendant, United States of America, is amenable to suit under the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b); that pursuant to Fed. R. Civ. P. 4(i)(1)(A), service of process upon the Defendant, United States of America, shall be delivered to Acting United States Attorney for the Eastern District of Wisconsin, Richard G. Frohling, located at 517 East Wisconsin Avenue, Suite 530, Milwaukee, Wisconsin, Zip code 53202; that pursuant to Fed. R. Civ. P. 4(i)(1)(B), service of process upon the Defendant, United States of America, shall also be sent by registered or certified mail to the United States Attorney General, Pamela Bondi, located at 950 Pennsylvania Avenue Northwest, Washington, District of Columbia, Zip Code 20530; and that the Defendant, United States of America, employed and/or used as an agent the Defendant, Curt R. Hansen, at the time of the accident that occurred on or about February 14, 2024.

6. That the Defendant, Curt R. Hansen, upon information and belief, is a resident of the Village of Heartland, County of Waukesha, Wisconsin, currently residing at N90W32470 Daley Drive, Zip Code 53029; and that the Defendant, Curt R. Hansen, was employed by and/or an agent of the Defendant, United States of America, at all times material hereto.

7. That the Defendant, State of Wisconsin Department of Health Services, is a governmental agency responsible for administering the State of Wisconsin Medical Assistance

Program; that legal process for the Defendant, State of Wisconsin Department of Health Services, shall be served upon Secretary-designee Kirsten L. Johnson, located at the Executive Team, One West Wilson Street, Room 650, Madison, Wisconsin, Zip Code 53703; and that the Defendant, State of Wisconsin Department of Health Services, alleges to have paid out money on behalf of the Plaintiff, Patrice D. Boone, and is therefore named as a subrogated party in this action pursuant to Fed. R. Civ. P. 19 (a)(1)(B).

8. That the Defendant, Compcare Health Services Insurance Corporation, is a domestic health maintenance organization, organized and existing under the laws of Wisconsin, with its principal place of business located at N17 W24222 Riverwood Drive, Suite 300, Waukesha, Wisconsin, Zip Code 53188; that the registered agent in Wisconsin for the Defendant, Compcare Health Services Insurance Corporation, is CT Corporation System, located at 301 South Bedford Street, Suite One, Madison, Wisconsin, Zip Code 53703; that the Defendant, Compcare Health Services Insurance Corporation, does business as Anthem Blue Cross Blue Shield; and that the Defendant, Compcare Health Services Insurance Corporation, alleges to have paid out money on behalf of the Plaintiff, Patrice D. Boone, and is therefore named as an alleged subrogated party in this action pursuant to Fed. R. Civ. P. 19 (a)(1)(B).

9. That the Defendant, Compcare Health Services Insurance Corporation, is not entitled to reimbursement or subrogation.

**CAUSE OF ACTION**

10. That on or about February 14, 2024, the Plaintiff, Patrice D. Boone, was the operator of a motor vehicle, traveling southbound on North 43rd Street, at or near the intersection with West Custer Avenue, in the City and County of Milwaukee, Wisconsin; and that at that same time and place, the Defendant, Curt R. Hansen, was the operator of a motor vehicle, also traveling

southbound on North 43rd Street, when he negligently operated his motor vehicle and collided with the motor vehicle operated by the Plaintiff, Patrice D. Boone, thereby causing the Plaintiff's injuries and damages as hereafter described.

11. That the foregoing acts of negligence on the part of the Defendant, Curt R. Hansen, were the direct and proximate cause of the injuries and damages sustained by the Plaintiff, Patrice D. Boone.

12. That, upon information and belief, the foregoing acts of negligence on the part of the Defendant, Curt R. Hansen, were committed while the Defendant, Curt R. Hansen, was acting in the course and scope of his employment and/or agency with the Defendant, United States of America.

13. That pursuant to 28 U.S.C. § 2674, the Defendant, United States of America, is liable for the negligence of the Defendant, Curt R. Hansen.

14. That as a result of the foregoing acts of negligence on the part of the Defendant, Curt R. Hansen, the Plaintiff, Patrice D. Boone, sustained injuries to her body and suffered emotional distress; that she has suffered pain and may continue to suffer pain for an indefinite time in the future; that she was required to seek medical attention; that she may be required to seek additional and continued medical attention in the future and to expend large sums of money for said medical attention; that she sustained damages to her vehicle that required significant repair; that she suffered damages to her personal property that prevented her from using her personal property for a period of time and may continue to prevent her from using it in the future; and that she was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to her damage.

**WHEREFORE**, the Plaintiff, Patrice D. Boone, demands Judgment against the Defendants in the following forms: for compensatory damages as the Court may deem just and equitable, together with costs and disbursements of this action, reasonable attorney's fees associated with this action, for dismissal of any and all subrogation or reimbursement claims in this matter, and any further relief the Court may deem just and equitable.

Dated this 14th day of October, 2025.

*Electronically signed by: Todd R. Korb*
Todd R. Korb
State Bar Number: 1026950
Attorney for Plaintiff, Patrice D. Boone
Hupy and Abraham, S.C.
111 East Kilbourn Avenue, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: (414) 223-4800
Email: TKorb@hupy.com